UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL KEVIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN GHAG, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:17-cv-1929-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.[1]

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 29th day of December, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff failed to sign his complaint and cover sheet and has until 1/29/2018 to correct this deficiency. Dkt. 3.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1