UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL KEVIN,<br><br>    Plaintiff,<br> v.<br><br>JOHN GHAG, *et al.*,<br><br>    Defendants. | CASE NO. C17-1929-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's letter (Dkt. No. 9) and corrected complaint (Dkt. No. 10) filed with the Court on June 11, 2018. On December 29, 2017, Magistrate Judge Brian Tsuchida granted Plaintiff's motion to proceed *in forma pauperis* and recommended the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) prior to the issuance of a summons. (Dkt. No. 4). The Court conducted a § 1915 review and determined the complaint failed to provide a short and plain statement showing Plaintiff was entitled to relief. (Dkt. No. 6.) The Court directed Plaintiff to file an amended complaint within 21 days. (*Id*.) Plaintiff failed to file an amended complaint, and the Court dismissed his claims without prejudice. (Dkt. No. 7.)

Over four months later, Plaintiff has filed a corrected complaint. (Dkt. No. 10.) However, the Court has entered a judgment dismissing the complaint without prejudice. (Dkt. Nos. 7, 8.)

1 | Therefore, if Plaintiff wishes to pursue his claims, he must re-file his complaint with the Clerk of
2 | Court.
3 |     The Clerk is DIRECTED to mail a copy of this order to Plaintiff at 1035 E. Vista Way
4 | #141, Vista, CA 92084.
5 |     DATED this 14th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
